### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**

**Grand Jury Sworn in on November 3, 2016**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **MAGISTRATE NO. 1:17-MJ-376 (RMM)** |
| | : | |
| **BRYAN DOUGLES MOLES,** | : | **VIOLATIONS:** |
| **a/k/a BRYAN DOUGLAS MOLES,** | : | **18 U.S.C. § 922(g)(3)** |
| | : | **(Unlawful Possession of a Firearm and** |
| **Defendant.** | : | **Ammunition by a Person who is an** |
| | : | **Unlawful User of or Addicted to any** |
| | : | **Controlled Substance)** |
| | : | **22 D.C. CODE § 4504.02** |
| | : | **(Unlawful Transportation of a Firearm)** |
| | : | |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about May 31, 2017, within the District of Columbia, **BRYAN DOUGLES MOLES**, also known as **BRYAN DOUGLAS MOLES**, then being an unlawful user of a controlled substance as defined in 21 U.S.C. Section 802, did unlawfully and knowingly receive and possess firearms and ammunition which had been possessed, shipped and transported in and affecting interstate and foreign commerce, to wit:

(1) a Bushmaster Carbon-15 .223-5.56mm caliber rifle with serial number CRB061368;

(2) a Glock 23 .40-caliber pistol with serial number DRY242;

(3) 100 WIN 40 Smith & Wesson cartridges;

(4) 60 LC 15 cartridges;

(5) 4 Winchester Black Talon 9mm Luger cartridges;

(6) 50 Blazer 45 Auto cartridges; and

(7)  20 cartridges labelled 7.62 x 39 13;

All in violation of Title 18, United States Code, Section 922(g)(3).

(**Unlawful Possession of a Firearm and Ammunition by a Person who is an Unlawful User of a Controlled Substance**, in violation of Title 18, United States Code, Section 922(g)(3))

## COUNT TWO

On or about May 31, 2017, within the District of Columbia, **BRYAN DOUGLES MOLES**, also known as **BRYAN DOUGLAS MOLES**, unlawfully and knowingly transported firearms within the District of Columbia in such a manner that they were loaded, readily accessible from the passenger compartment of the transporting vehicle, in an unlocked container, and not separated from ammunition, all in violation of Title 22, D.C. Code, Section 4504.02.

(**Unlawful Transportation of a Firearm**, in violation of Title 22, D.C. Code, Section 4504.02)

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia