# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case. No. 17-CR-118 (RJL) |
| | ) | |
| **BRYAN MOLES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT MOTION TO SCHEDULE STATUS CONFERENCE

The United States of America and defendant Bryan Moles respectfully move the Court to schedule a status conference.

Pursuant to the Court's Order of July 7, 2017, the defendant was transferred to the custody of the Attorney General for a competency examination. The parties have learned that the competency examination is complete. The defendant has been transferred to a regional jail in Virginia, and we understand that he will be brought to Washington, D.C., when a hearing date is scheduled.

It is appropriate that a status conference be scheduled at the Court's convenience.

1

       Respectfully submitted,

       JESSIE K. LIU
       UNITED STATES ATTORNEY

By:    /S/
       Michael Friedman
       New York Bar No. 4297461
       Assistant United States Attorney
       555 4th Street, N.W.
       Washington, D.C. 20530
       (202) 252-6765

       A. J. KRAMER
       FEDERAL PUBLIC DEFENDER

       /S/
       Loui Itoh
       Assistant Federal Public Defender
       625 Indiana Avenue, N.W.
       Suite 550
       Washington, D.C. 20004
       (202) 208-7500

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | Case. No. 17-CR-118 (RJL) |
| **BRYAN MOLES,** | ) ) ) | |
| **Defendant.** | ) ) | |

## PROPOSED ORDER

Having considered the Joint Motion for Status Conference filed by the parties, it is hereby **ORDERED** that the motion be, and hereby is, **GRANTED**.

A status conference is scheduled for _____.

**IT IS SO ORDERED**.

_____
Richard J. Leon
United States District Judge