**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case. No. 17-CR-118 (RJL)** |
| ) | |
| **BRYAN MOLES,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**JOINT MOTION TO CONTINUE HEARING AND**
**EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America and defendant Bryan Moles respectfully move the Court to continue the status hearing scheduled for December 27, 2017, and reschedule it during the week of January 8-12, 2018, at the convenience of the Court.

Pursuant to the Court's Order of December 18, 2017, the status hearing initially scheduled for that date was continued to December 27, 2017.   Counsel for both parties are unavailable on December 27, 2017.   Counsel for the parties have conferred, and both are available any time during the week of January 8-12, 2017.   We respectfully submit it is appropriate under these circumstances to postpone the December 27 hearing date, and instead reschedule the hearing for the week of January 8-12, 2017, at the convenience of the Court.

The parties additionally request that the Court issue an order the ends of justice are served by excluding the time from December 18, 2017, through the next hearing date, from the period of time in which the defendant's trial must commence under the Speedy Trial Act, 18 U.S.C. 3161. The parties continue to engage in discussions aimed at determining whether this matter may

1

resolve through a pretrial disposition rather than a trial.   It is appropriate to exclude time from the

Speedy Trial Act calculations so that these discussions may continue.


Respectfully submitted,


JESSIE K. LIU
UNITED STATES ATTORNEY


By: _____/S/_____
Michael Friedman
New York Bar No. 4297461
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-6765




A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/S/_____
Loui Itoh
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                        )
**UNITED STATES OF AMERICA**          )
                                                        )
             **v.**                                     )          **Case. No. 17-CR-118 (RJL)**
                                                        )
**BRYAN MOLES,**                              )
                                                        )
                   **Defendant.**               )
_____)

## PROPOSED ORDER

Having considered the Joint Motion to Continue Hearing and Exclude Time
under the Speedy Trial Act filed by the parties, it is hereby **ORDERED** that the motion
be, and hereby is, **GRANTED**.

The status hearing scheduled for December 27, 2017, is hereby vacated, and a
status hearing is scheduled for _____.

The ends of justice are served by excluding from the Speedy Trial Act time
calculations the period of time from December 18, 2017, through the newly-scheduled
status hearing, because the parties continue to engage in discussions aimed at
determining whether there will be a pretrial disposition of this matter.   For this reason,
the time period set forth in the preceding sentence is excluded from the time in which the
trial must commence.

3

**IT IS SO ORDERED**.

_____
Richard J. Leon
United States District Judge