## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case. No. 17-CR-118 (RJL)** |
| | ) | |
| **BRYAN MOLES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## UNITED STATES' MOTION TO CONTINUE HEARING AND
## EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America respectfully moves the Court to continue the status hearing scheduled for January 18, 2018, and to reschedule the hearing on a date convenient to the Court.

On January 16, 2018, the Court issued an order scheduling a status hearing for January 18 at 4:00 p.m.  Counsel for the United States is currently away from the Washington, D.C., area, with a return flight scheduled for the evening of January 18, and is consequently unable to attend the hearing scheduled for the afternoon of January 18.  The United States respectfully submits that it is appropriate under these circumstances to continue the January 18 hearing date, and instead reschedule the hearing at the convenience of the Court.   Counsel for the United States conferred with counsel for defendant Moles, and the defendant does not yet have a position on this motion.

The United States additionally requests that the Court issue an order the ends of justice are served by excluding the time from December 18, 2017, through the next hearing date, from the period of time in which the defendant's trial must commence under the Speedy Trial Act, 18 U.S.C. 3161.   The parties previously jointly moved the Court for an order excluding time from December

1

18, 2017, until the next hearing date, and the Court has not yet ruled on that request.   The parties

continue to engage in discussions aimed at determining whether this matter may be resolved

through a pretrial disposition rather than a trial.   It is appropriate to exclude time from the Speedy

Trial Act calculations as these discussions continue.


Respectfully submitted,


JESSIE K. LIU
UNITED STATES ATTORNEY


By: _____/S/_____
Michael Friedman
New York Bar No. 4297461
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-6765

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                      )
**UNITED STATES OF AMERICA**        )
                                                      )
      **v.**                                   )        **Case. No. 17-CR-118 (RJL)**
                                                      )
**BRYAN MOLES,**                            )
                                                      )
        **Defendant.**                  )
_____)

## PROPOSED ORDER

Having considered the United States' Motion to Continue Hearing and Exclude Time under the Speedy Trial Act, it is hereby **ORDERED** that the motion be, and hereby is, **GRANTED**.

The status hearing scheduled for January 18, 2018, is hereby vacated, and a status hearing is scheduled for _____.

The ends of justice are served by excluding from the Speedy Trial Act time calculations the period of time from December 18, 2017, through the newly-scheduled status hearing, because the parties continue to engage in discussions aimed at determining whether there will be a pretrial disposition of this matter.   For this reason, the time period set forth in the preceding sentence is excluded from the time in which the trial must commence.

3

**IT IS SO ORDERED**.

_____
Richard J. Leon
United States District Judge