UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | Case. No. 17-CR-118 (RJL) |
| ) | |
| **BRYAN DOUGLAS MOLES,** ) | |
| ) | |
| **Defendant.** ) | |

## SECOND CONSENT MOTION TO SCHEDULE PLEA HEARING

Dr. Bryan Moles respectfully moves this Honorable Court to schedule a plea agreement hearing. On March 20, 2018, the parties filed a Joint Motion to Schedule Plea Hearing, indicating that the parties have reached an agreement to resolve this matter short of trial. *See* ECF No. 36. On March 22, 2018, the plea paperwork was sent to the Court's chambers for review and consideration. On May 9, 2018, a Consent Motion to Schedule Plea Hearing was filed. *See* ECF No. 37.

Dr. Moles remains held without bond since June 15, 2017. As the government is requesting a sentence of time served and probation, Dr. Moles and his family have been eagerly awaiting a speedy resolution of his case.[1]

The parties understand that the Court has a busy calendar and other important obligations. In light of these circumstances, if the Court prefers, the parties would be amenable to having the Rule 11 colloquy conducted by a Magistrate Judge, who could issue a report and recommendation

---

[1] On January 18, 2018, the Court issued a Minute Order finding that "it is in the Interests of Justice that the time between December 18, 2017 and the date of the next hearing shall be excluded from the Speedy Trial Act calculation." However, the Speedy Trial Act does not allow for indefinite tolling, and Dr. Moles objects to any further exclusion of time. *See* 18 U.S.C. § 3161.

for the Court's review.

In light of the facts as stated above, Dr. Moles respectfully requests that the Court schedule a plea agreement hearing at the Court's earliest convenience. The government consents to the relief requested in this motion. The parties are also available to answer any questions the Court may have regarding the plea paperwork.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
LOUI ITOH
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500