UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 1:17-cr-00118 (RJL) |
| : | |
| v. : | |
| : | |
| BRYAN DOUGLES MOLES, : | VIOLATIONS: |
| a/k/a BRYAN DOUGLAS MOLES, : | 18 U.S.C. § 922(g)(3) |
| : | (Unlawful Possession of a Firearm and |
| Defendant. : | Ammunition by a Person who is an |
| : | Unlawful User of or Addicted to any |
| : | Controlled Substance) |
| : | 22 D.C. CODE § 4504(a)(1) |
| : | (Carrying a Pistol Without a License) |
| : | |

INFORMATION

The United States Attorney informs the Court that:

COUNT ONE

On or about May 31, 2017, within the District of Columbia, **BRYAN DOUGLES MOLES**, also known as **BRYAN DOUGLAS MOLES**, then being an unlawful user of a controlled substance as defined in 21 U.S.C. Section 802, did unlawfully and knowingly receive and possess firearms and ammunition which had been possessed, shipped and transported in and affecting interstate and foreign commerce, to wit:

(1) a Bushmaster Carbon-15 .223-5.56mm caliber rifle with serial number CRB061368;

(2) a Glock 23 .40-caliber pistol with serial number DRY242;

(3) 100 WIN 40 Smith & Wesson cartridges;

(4) 60 LC 15 cartridges;

(5) 4 Winchester Black Talon 9mm Luger cartridges;

(6) 50 Blazer 45 Auto cartridges; and

(7) 20 cartridges labelled 7.62 x 39 13;

All in violation of Title 18, United States Code, Section 922(g)(3).

**(Unlawful Possession of a Firearm and Ammunition by a Person who is an Unlawful User of a Controlled Substance**, in violation of Title 18, United States Code, Section 922(g)(3))

## COUNT TWO

On or about May 31, 2017, within the District of Columbia, **BRYAN DOUGLES MOLES**, also known as **BRYAN DOUGLAS MOLES**, did carry, openly and concealed on or about his person, in a place other than his dwelling place, place of business, or on other land possessed by him, and without a license issued pursuant to District of Columbia law, a Glock 23 .40-caliber pistol with serial number DRY242, and a Bushmaster Carbon-15 .223-5.56mm caliber rifle with serial number CRB061368, all in violation of Title 22, D.C. Code, Section 4504(a)(1).

**(Carrying a Pistol Without a License**, in violation of Title 22, D.C. Code, Section 4504(a)(1))

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By: _____
MICHAEL J. FRIEDMAN
N.Y. Bar No. 4297461
Assistant United States Attorney
(202) 252-6765
Michael.Friedman@usdoj.gov
National Security Section
555 4th Street, NW, 11th Floor
Washington, D.C. 20530